# SENTENCING MINUTES

| | |
|---|---|
| Date: **04/22/2022** | Judge: **LIAM O'GRADY** |
| | Reporter: S. Wallace |
| | Time: 9:08 am – 9:19 am (00:11) |
| | Case Number: **1:21cr282** |

UNITED STATES OF AMERICA           Counsel/Govt: Edward Sullivan

v.

**DIANE D. STURGIS**           Counsel/Deft: Joan Robin

Court adopts PSI ( **X** )     without exceptions ( **X** )     with exceptions: ( )

**SENTENCING GUIDELINES:**
Offense Level: 23
Criminal History: I
Imprisonment Range: 46 to 57 months
Supervised Release Range: 1 to 3 years
Fine Range: $20,000.00 to $200,000.00
Restitution $181,684.11
Special Assessment $100

Court departs from Guidelines pursuant to:
__ USSG 5H1.4
__ USSG 5K1.1
__ USSG 5K2.12
__ USSG 5C1.2
Other: _____

**JUDGMENT OF THE COURT:**
BOP for 30 months, to run concurrent with the sentence in Criminal Case No. 1:20cr158.
Supervised Release for 2 Years, concurrent with the sentence in Criminal Case No. 1:20cr158, with special conditions:
(**X**) Yes     ( ) No
No punitive fines/costs of incarceration imposed.
Special Assessment $100

**SPECIAL CONDITIONS**:

1. The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains, to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.

2. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

3. The defendant shall provide the probation officer access to any requested financial information.

4. The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid by the defendant as directed by the probation officer.

**RECOMMENDATIONS to BOP**:
| | |
|---|---|
| X | Dft. To be designated to: FCI Danbury, CT. |
| ___ | Dft. designated to facility to participate in ICC (Boot Camp) type program |
| ___ | Dft. to participate in 500 hr Residential Drug Abuse Treatment Program (RDAP) |
| ___ | Other: |

Deft: ( **X** ) Remanded     ( ) Cont'd on Bond to Self-Surrender     ( ) Referred to USPO     ( ) Immediate Deportation